# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-8278 BRO (MRWx) | Date | November 12, 2015 |
| Title | Sukonik v. Wright Medical Technology, Inc. | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

Defendants filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 44.) The motion is accompanied by a statement that indicates that Plaintiffs failed to confer with the defense in accordance with this Court's Local Rule 37-1. (Docket # 44-2 at 3-4.)

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Plaintiffs are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motion by <u>November 18, at 3:00 p.m.</u> If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.