# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 14-8278 BRO (MRWx) | Date | February 5, 2016 |
|---|---|---|---|
| Title | Sukonik v. Wright Medical Technology | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:**  (IN CHAMBERS) ORDER RE: PROTECTIVE ORDER

The parties submitted a proposed protective order regarding discovery in this civil action. (Docket # 61-1.)  The Court accepts and ENTERS the proposed order subject to the following:

1. ¶ 3.04 – For clarity, the Court reminds the parties that a party seeking to file material under seal with the Court due to the provisions of this protective order must submit an appropriate <u>application</u> pursuant to Local Rule of Court 79-5.1.  Filing under seal is not automatic, and must be accompanied by a factual showing pursuant to Local Rule.

2. ¶ 2.03 – Any challenge to a confidentiality designation must comply in full with the joint filing format described in Local Rule 37 for all discovery motions.