JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER SUKONIK, an Individual; and LARISA SUKONIK, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WRIGHT MEDICAL TECHNOLOGY, INC.. a corporation; WRIGHT MEDICAL GROUP, an entity of unknown form;, <br><br> Defendants. | Case No. CV 14-08278 BRO (MRWx) <br><br> **ORDER RE JOINT MOTION TO DISMISS ENTIRE ACTION** <br><br> JUDGE: Hon. Beverly Reid O'Connell |

On May 2, 2016, the parties jointly submitted a Joint Motion for Dismissal to the Court. Accordingly, the matter is dismissed with prejudice in its entirety. Each party is to bear their respective costs, including any possible attorney fees or other expenses of litigation.

**IT IS HEREBY ORDERED**

Dated: May 3, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE